# PENALTY SLIP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 19, 2021**

SEAN F. McAVOY, CLERK

DEFENDANT NAME:   **EDUARDO REYES**

TOTAL NO. COUNTS:  1

VIO: 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846
     Conspiracy to Distribute 500 Grams or More of Methamphetamine

PENALTY: CAG not less than 10 years no more than life;
         Up to a $10,000,000 fine;
         Not less than 5 years up to a life term of supervised release;
         A $100 special penalty assessment;
         Denial of Federal benefits

CASE NO.  4:21-MJ-07108-MKD-2

AUSA INITIAL:   CAB

Eduardo Reyes Penalty Slip.docx