AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| United States of America<br>v.<br>EDUARDO REYES<br><br>*Defendant* | Case No. 4:21-MJ-07108-MKD-2 |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 5/20/21

s/Eduardo Reyes, Approved Telephonically
*Defendant's signature*

*Signature of defendant's attorney*

ROBIN EMMANS, WSBA 37085
*Printed name and bar number of defendant's attorney*

2nd Street Law PLLC
217 N. 2nd Street
Yakima, WA 98901

*Address of defendant's attorney*

robin.emmans@secondstreetlaw.com
*E-mail address of defendant's attorney*

(509) 575-0372
*Telephone number of defendant's attorney*

(509)452-6771
*FAX number of defendant's attorney*

*Interpreter's Signature*

*Printed Name of Interpreter*