AO 442 (11/11)  Arrest Warrant

# UNITED STATES DISTRICT COURT
## For The Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 25, 2021**

SEAN F. McAVOY, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 4:21-MJ-07108-MKD-2 |
| **EDUARDO REYES** | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

TO:    Any authorized law enforcement officer

**YOU ARE HEREBY COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *EDUARDO REYES* who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court.

The offense is briefly described as follows:
In violation of Title 21, United States Code, Section(s) 841(a)(1), 846

Date: May 19, 2021, 9:51 pm

*Issuing officer's signature:* M. K. Dimke

City and state: Richland, Washington

Mary K. Dimke, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on 5/19/2021, and the person was arrested on 5/19/2021
at (city and state) Richland, WA.

Date: 5/19/2021

Arrested within the E/WA
BY: FBI
(Agency)
Executed On: 5/19/2021
Sign: *Reagan K. Havey, USMS*

*Printed name and title*