1  Joseph H. Harrington
2  Acting United States Attorney
   Eastern District of Washington
3  Caitlin Baunsgard
4  Patrick Cashman
   Assistant United States Attorneys
5  Post Office Box 1494
6  Spokane, WA 99210-1494
   Telephone: (509) 353-2767
7

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 2 6 2021

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

8                UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF WASHINGTON

10  UNITED STATES OF AMERICA,
11                                          4:21-CR-6022-RMP
                  Plaintiff,
12                                          INDICTMENT
13       v.
                                            Vio:  21 U.S.C. §§ 841(a)(1),
14                                                (b)(1)(A)(viii), 846
    CARLOS REYES-SANTANA,                         Conspiracy to Distribute 500
15  EDUARDO REYES-SANTANA,                        Grams or More of a Mixture or
16  ROSA MARTINEZ-RODRIGUEZ, and                  Substance Containing a
    MOLLY MARGRET BROWN,                          Detectable Amount of
17                                                Methamphetamine
18                Defendants.
                                            21 U.S.C. § 853
19                                          Forfeiture Allegation
20

21       The Grand Jury charges:

22       On a date unknown, but by on or about September 2020, and continuing to
23
24  on or about May 19, 2021, in the Eastern District of Washington and elsewhere,

25  the Defendants, CARLOS REYES-SANTANA, EDUARDO REYES-SANTANA,
26
27  ROSA MARTINEZ-RODRIGUEZ, and MOLLY MARGRET BROWN, and other

28  individuals, both known and unknown to the Grand Jury, did knowingly and

INDICTMENT – 1

intentionally combine, conspire, confederate and agree together with each other to commit the following offense: distribution of 500 grams or more of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846.

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846, as set forth in this Indictment, the Defendants, CARLOS REYES-SANTANA, EDUARDO REYES-SANTANA, ROSA MARTINEZ-RODRIGUEZ, and MOLLY MARGRET BROWN, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any forfeitable property, as a result of any act or omission of the Defendants:
a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

INDICTMENT – 2

1 the United States of America shall be entitled to forfeiture of substitute property
2 pursuant to 21 U.S.C. § 853(p).

DATED this 26th day of May, 2021.

*[signature]*
Joseph H. Harrington
Acting United States Attorney

*[signature]*
Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT – 3