Robin C. Emmans
2nd Street Law PLLC
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> EDUARDO REYES, <br><br> Defendant. | Case No. 4:21-CR-06022-SAB <br><br> CERTIFICATION OF PROVISION OF DOCUMENTS TO DEFENDANT |

Robin Emmans, counsel for Eduardo Reyes, declares under penalty of perjury under the laws of the State of Washington that on June 3, 2021, she did provide to Mr. Reyes by delivering to a United States Post Office, copies of the Complaint and penalty slip as well as the Indictment and penalty slip for the above-captioned matter.

Signed June 3, 2021 at Yakima, Washington

                                              s/ Robin C. Emmans
                                        Robin C. Emmans, WSBA 37085
                                        2nd Street Law PLLC
                                        217 N. 2nd Street
                                        Yakima, WA 98901
                                        (509) 575-0372
                                        (509) 452-6771 (fax)
                                        Robin.emmans@secondstreetlaw.com

2nd Street LAW PLLC
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
fax (509) 452-6771

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: AUSA Caitlin Baunsgard.

    s/ Robin C. Emmans
Robin C. Emmans, WSBA 37085
2nd Street Law PLLC
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
(509) 452-6771 (fax)
Robin.emmans@secondstreetlaw.com