1
2
3
4

UNITED STATES DISTRICT COURT EASTERN DIVISION
USA COUNTY, STATE OF WASHINGTON

| | |
|---|---|
| 5  UNITED STATES OF AMERICA, | Cause No.: 4:2021cr06022 |
| 6         Plaintiff, | |
| 7  vs. | WITHDRAWAL OF COUNSEL AND NOTICE OF SUBSTITUTION |
| 8  EDUARDO REYES-SANTANA, | |
| 9         Defendant | |

10  TO:    Clerk of the Above Entitled Court, and

11  TO:    Prosecuting Attorney

12         PLEASE TAKE NOTICE THAT Robin Collett Emmans does hereby withdraw as attorney

13  of record for defendant Eduardo Reyes-Santana in the above-entitled cause of action, and

14  has been substituted by Alister E. Dabreo, Jr. of Bradley Johnson Lawyers, and requests

15  that all further papers and pleadings herein be served upon Bradley Johnson Lawyers at

16  1333 Stewart Street  Seattle, WA 98109.

17         Dated this 16th day of June, 2021.

18
19                                              BRADLEY JOHNSON LAWYERS

20                                              /s/ Alister E. Dabreo Jr.
21                                                Alister E. Dabreo, Jr.
                                                  WSBA # 55373
22                                                Attorney for Defendant

23  "electronically approved"
    Robin Collett Emmans
24   WSBA #
    Previous Attorney for Defendant
25
26
27
28

WITHDRAWAL OF COUNSEL AND NOTICE OF
SUBSTITUTION - 1

BRADLEY JOHNSON LAWYERS
1333 Stewart Street
Seattle, Washington 98109
206 | 223 - 1602  phone
206 | 223 - 1677  fax
www.BJLFirm.com