# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
## Richland

### USA v. EDUARDO REYES-SANTANA     Case No.     4:21-CR-06022-SAB-2

Richland Video Conference
The Defendant agreed to appear via video conference.

### Arraignment on Indictment:                                        06/17/2021

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | Earl Hicks, US Atty (video) |
| | | ☒ | Alister Elvis Dabreo, Jr, Defense Atty (tele) |
| ☐ | US Probation / Pretrial Services Officer | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody, appearing by video from the Sunnyside Jail. | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | Rights given | ☒ | Defendant continued detained |
| ☒ | Acknowledgment of Rights previously filed | ☐ | Conditions of release as previously imposed |
| ☒ | Defendant received copy of charging document | | |
| ☒ | Defendant waived reading of charging document | | |
| ☐ | Charging document read in open court | | |

## REMARKS

    Due to the current COVID-19 public health crisis, all parties including Defendant, appeared by video or teleconference.
    Defendant appeared and was assisted by counsel and advised of his rights and the allegations contained in the charging document.
    The Defendant acknowledged to the Court that his true and correct name is: Eduardo Reyes-Santana.
    "Not guilty" plea entered.
    Discovery to be provided pursuant to the local rule on discovery.
    Oral order issued confirming the Government's disclosure obligations under the Due Process Protections Act and the possible consequences of violation of said order.  USA objects that the rule is overbroad and states the Government understands it's discovery requirements.  Court overrules objection.  Written order to follow.

**The Court ordered:**
1. Matters involving detention have been previously heard and determined.  Issue of detention not before the Court.  Pre-existing Order of Detention will remain in full force.
2. Defendant shall be detained by the U. S. Marshal until further order of the Court.

Digital Recording/R-326         Time:  2:10 p.m. – 2:16 p.m.                                        Page 1