UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

CARLOS REYES-SANTANA,
EDUARDO REYES-SANTANA,
ROSA MARTINEZ-RODRIGUEZ,

Defendants.

Case Nos.   4:21-CR-6022-SAB-1
4:21-CR-6022-SAB-2
4:21-CR-6022-SAB-3

CRIMINAL MINUTES

DATE:   JULY 21, 2021

LOCATION:   YAKIMA, WA

PRETRIAL CONFERENCE HEARING/MOTION TO CONTINUE HEARING

**CHIEF JUDGE STANLEY A. BASTIAN**

| Michelle Fox | 03 | | Marilynn McMartin |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Ian Garriques | | Nicholas Marchi– by telephone<br>Alister Dabreo – by telephone<br>Richard Smith | |
| **Government Counsel** | | **Defense Counsel** | |
| **United States Probation Officer:**   Erica Helms – by telephone ||||

[ X ] Open Court          [   ] Chambers          [   ] Telecon/Video

Defendants C. Reyes-Santana and E. Reyes-Santana are present and in custody of the US Marshal. Defendant R. Martinez-Rodriguez present and out of custody of the US Marshal.

Motion to Continue, ECF No. 75

Motion for Joinder on Motion to Continue, ECF No. 81

Court summarizes the status of this matter.

**[ X ]   ORDER FORTHCOMING**

| **CONVENED: 9:30 A.M.** | **ADJOURNED: 9:45 A.M.** | **TIME: 15 MIN.** | **CALENDARED   [ X ]** |
|---|---|---|---|

*USA  -vs-  Reyes-Santana, et al.*   July 21, 2021
4:21-CR-6022-SAB-1, 2, 3   Page 2
Pretrial Conference/Motion Hearing

N. Marchi presents argument on Motion to Continue.  Requesting 60 days.

R. Smith presents argument on Motion to Continue.

A. Dabreo agrees to the continuance.

I. Garriques does not oppose the continuance.

Court Grants the Motion.  Defense shall file Speedy Trial Waivers.  Court excludes time from the current trial date to the new trial date.   Court will continue the trial date to October 25, 2021 and the pretrial conference to October 6, 2021 at 9:00 am.

A. Dabreo asks if the court will consider the motion to change the detention order.

I. Garriques indicates that the motion has new information so it should go before the Magistrate.

Court instructs counsel to schedule motion before the Magistrate Judge.