# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

**USA v. EDUARDO REYES-SANTANA**　　　　　　Case No.　**4:21-CR-06022-SAB-2**

Richland Video Conference
The Defendant agreed to appear via video conference.

**Defendant's Motion to Revoke of Detention Order Hearing (ECF No. 79):**　　　　　08/05/2021

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | Caitlin Baunsgard, US Atty (video) |
| | | ☒ | Alister Dabreo Jr., Defense Atty (tele) |
| ☒ | Erica Helms, US Probation / Pretrial Services (tele) | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM appearing by video from Sunnyside County Jail | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | Defendant continued detained | ☐ | Additional Conditions of Release imposed |

## REMARKS

　　Due to the current COVID-19 public health crisis, all parties including Defendant, appeared by video or teleconference.

　　Defense counsel argued why there are conditions which justify reconsidering the issues of detention and that such conditions will reasonably assure Defendant's appearance as required. Defense counsel argues Defendant's firearms are all legally owned. Defense counsel argues he is not a flight risk and has family ties to the community. Defendant's family is willing to pay up to $5,000 bond for his release along with new proposed release addresses.

　　USA argued that there are no conditions which justify reconsidering the issues of detention or that there are no conditions which will reasonably assure Defendant's appearance as required and/or the safety of the community. USA request a Nebbia hearing if the Court allows the Bond.

　　Colloquy between Court and USA regarding details of what was located at the Defendant's house, storage unit, and his brother's house.

　　Defense counsel clarifies the relationship between the Defendant and his father.

**The Court ordered:**
1. Defendant's Motion to Reopen Detention is **denied**.
2. Defendant's Motion to Expedite Hearing is **granted.**
3. The Court ruled that it will abide by its earlier determination.
4. The Court ruled that there are no conditions which justify reconsidering the issue of bail or that there are conditions of release which will reasonably assure Defendant's appearance as required.
5. Defendant shall be detained by the U.S. Marshal until further order of the Court.