**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA  98901
(509) 457-5991

Attorney for:
EDUARDO REYES SANTANA

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF WASHINGTON
(Honorable Stanley A. Bastian)

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>)  NO.  4:21-CR-6022-SAB-2 |
| vs. | )<br>) |
| | )  **MOTION FOR SUBSTITUTION** |
| EDUARDO REYES-SANTANA, | )  **OF COUNSEL** |
| Defendant. | )<br>) |

**COMES NOW** the defendant, EDUARDO REYES-SANTANA, through his attorney, Ken Therrien of *Ken Therrien PLLC* for the Defendant in the above-entitled action and moves the Court for an order allowing the substitution of Ken Therrien as attorney for the Defendant in place of Alister Elivis Debreo Jr.

DATED:  September 21, 2021.

Presented By:

/s/ Ken Therrien
KEN THERRIEN, WSBA No. 20291
413 North Second Street
Yakima, WA  98901

NOTICE OF SUBSTITUTION - 1

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WASHINGTON 98901
(509) 457-5991

(509) 457-5991
Fax: (509) 457-6197
kentherrien@msn.com

**DECLARATION OF KEN THERRIEN IN SUPPORT OF MOTION FOR SUBSTITUTION OF ATTORNEY**

I, Ken Therrien, declares as follows:

1. I am an attorney duly6 licensed to practice law in the Eastern District of Washington.

2. On September 17, 2021, I was retained by the family of Defendant Eduardo Reyes-Santana to represent him in the above-entitled cause and to replace Attorney Alister Eivis Debreo Jr. in this matter.

3. I am requesting the Court grant this Motion for Substitution of Attorney herein.

Dated this 21th day of September 2021.

Presented by:

*/s/ Ken Therrien*_____
KEN THERRIEN, WSBA #20291
KEN THERRIEN PLLC

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury of the laws of the State of Washington that on September 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing to all parties in the case who are registered users of CM/ECF system.

*s/ Ken Therrien*_____
KEN THERRIEN, WSBA #20291
413 North Second Street

Yakima, WA 98901
(509) 457-5991
Fax: (509) 457-6197
kentherrien@msn.com

NOTICE OF SUBSTITUTION - 3

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WASHINGTON 98901
(509) 457-5991