KEN THERRIEN
413 NORTH SECOND STREET
YAKIMA, WA 98901
509.457.5991

<u>Attorney for:</u>
EDUARDO REYES-SANTANA

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
### (Honorable Stanley A. Bastian)

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>                Plaintiff,<br>  vs.<br><br>EDUARDO REYES-SANTANA,<br><br>                Defendant. | NO.   4:21-cr-6022-SAB-<br><br>**MOTION TO EXPEDITE**<br><br>**September    , 2021 at 6:30 PM**<br>**Without Oral Argument** |

TO:     CLERK OF THE COURT, EASTERN DISTRICT OF WASHINGTON
AND TO: CAITLIN A. BAUNSGARD, Assistant United States Attorney; and
ANDTO: PATRICK J. CASHMAN, Assistant United States Attorney

     COMES NOW the Defendant, EDUARDO REYES-SANTANA, by and through his attorney of record, Ken Therrien, and moves the Court to consider on an expedited basis, Defendant Eduardo Reyes-Santana's Motion to Expedite Time of Hearing with regards to the Defendant's Motion and Declaration for Substitution of Attorney.

     This motion is based upon the Declaration of Ken Therrien submitted with the Motion for Substitution of Attorney.

MOTION TO EXPEDITE
Page  1

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA  98901
(509) 457-5991

Dated this 21th day of September 2021.

        /s/ Ken Therrien
KEN THERRIEN, WSBA #20291
413 North Second Street
Yakima, WA  98901
(509) 457-5991
Fax: (509) 457-6197
kentherrien@msn.com

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on September 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing to all parties in the case who are registered users of the CM/ECF system.

        s/ Ken Therrien
KEN THERRIEN, WSBA #20291
Attorney for Eduardo Reyes-Santana
413 North Second Street
Yakima, WA  98901
(509) 457-5991
Fax: (509) 457-6197
kentherrien@msn.com

MOTION TO EXPEDITE
Page  2

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA  98901
(509) 457-5991