UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDUARDO REYES-SANTANA<br><br>Defendant. | No. 21-cr-6022-SAB-2<br><br>WAIVER OF SPEEDY TRIAL |

I have been advised of my rights to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. I hereby waive my right to a speedy trial under the Act and consent to continuing my trial date from October 25, 2021 to February 28, 2022. I understand the period of the continuance will be excluded from computations of time for the purposes of the Speedy Trial Act.

_____
Defendant

Date: 9-29-21

KEN THERRIEN
_____
Printed Name of Attorney

_____
Counsel for Defendant

Date: 9-29-21

_____
Interpreter

WAIVER OF SPEEDY TRIAL