Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Caitlin A. Baunsgard
Patrick J. Cashman
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA  99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS REYES-SANTANA,<br>EDUARDO REYES-SANTANA,<br>MOLLY MARGRET BROWN,<br><br>Defendants. | No.   4:21-CR-06022-SAB-1<br>        4:21-CR-06022-SAB-2<br>        4:21-CR-06022-SAB-4<br><br>BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |

The United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Caitlin A. Baunsgard, Assistant United States Attorney, hereby files this Bill of Particulars for Forfeiture of Property.

The Indictment filed May 26, 2021, contains a Notice of Criminal Forfeiture providing notice that the United States is seeking forfeiture of property pursuant to 21 U.S.C. § 853.  ECF No. 47 at 2-3.

BILL OF PARTICULARS FOR FORFEITURE  ~1

The United States hereby gives notice that the United States is seeking forfeiture of the following assets from the Defendants as listed below:

<u>Defendant Carlos Reyes-Santana</u>

- $420,150.00 U.S. Currency;

- $70,150.00 U.S. Currency (storage unit)

- Beretta USA Corp 92X 9mm pistol, serial number: 92X0003458, magazine and ammunition;

<u>Defendant Eduardo Reyes-Santana</u>

- 2017 Mercedes CLA, Washington License BXC3513, VIN: WDDSJ4GBXHN431714

<u>Defendant Molly Margret Brown</u>

- $5,071.00 U.S. Currency

DATED: October 27, 2021

                                           Vanessa R. Waldref
                                           United States Attorney

                                           *s/ Caitlin A. Baunsgard*
                                           Caitlin A. Baunsgard
                                           Assistant United States Attorney

BILL OF PARTICULARS FOR FORFEITURE  ~2

# CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Richard A. Smith
Attorney for Defendant Carlos Reyes-Santana
rasmith@house314.com

Kenneth D. Therrien
Attorney for Defendant Eduardo Reyes-Santana
kentherrien@msn.com

Walter L. Ayers
Attorney for Defendant Molly Margret Brown
walter@ayerslawfirm.net

Justin Lonergan
Attorney for Defendant Molly Margret Brown
jlonergan@bsslslawfirm.co

                               *s/ Caitlin A. Baunsgard*
                               Caitlin A. Baunsgard
                               Assistant United States Attorney

BILL OF PARTICULARS FOR FORFEITURE ~3